ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:26-po-00014-CDB |
|---|---|
| Plaintiff, | [Citations #E1919314/ E1919315 CA/71] |
| v. | |
| TIMOTHY Y. CHEN, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00014-CDB [Citations # E1919314/ E1919315 CA/71] against TIMOTHY Y. CHEN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 4, 2026                    Respectfully submitted,

                                      ERIC GRANT
                                      United States Attorney

                            By:    /s/ *Luke Baty*
                                      LUKE BATY
                                      Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00014-CDB [Citation # E1919314/ E1919315 CA/71] against Defendant TIMOTHY Y. CHEN be dismissed, without prejudice, in the interest of justice.

It is FURTHER ORDERED that the United States of America shall contact Defendant at the telephone number identified on the citation (Doc. 1) no later than today (May 4, 2026) to notify the Defendant that his citation is dismissed and he need not appear for the initial appearance on May 5, 2026

IT IS SO ORDERED.

Dated:   **May 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. CHEN
Case No. 5:26-po-00014-CDB